1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

UNITED STATES OF AMERICA,

               Plaintiff,

     v.

LINDSEY JOLEE WHITNEY,

               Defendant.

NO.  CR07-47-MJP

SUMMARY REPORT OF
U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE

An evidentiary hearing on a petition for violation of supervised release in this case was scheduled before the undersigned Magistrate Judge on April 8, 2011.  The United States was represented by Assistant United States Attorney Francis Franze-Nakamura for Kate Vaughan, and the defendant by Michael Filipovic.  The proceedings were digitally recorded.

The defendant had been charged and convicted of Conspiracy to Distribute Ecstasy, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C).  On or about June 13, 2008, defendant was sentenced by the Honorable Marsha J. Pechman to a term of 3 years probation.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions.  Special conditions imposed included, but were not limited to, participation in a substance abuse and mental health programs, financial disclosure, 100 hours of community service, search, drug

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

1   testing and treatment, prohibition from alcohol, 3 months in a Residential Reentry Center, and

2   obtain GED within 2 years.

3          In a Petition for Warrant or Summons dated March 15, 2011, U.S. Probation Officer

4   Jerrod Akins asserted the following violations by defendant of the conditions of her supervised

5   release:

6          1.      Associating with a person engaged in criminal activity on February 14, 2011, in

7                  violation of standard condition No. 9.

8          2.      Associating with Joseph Rodriguez, a convicted felon, in violation of standard

9                  condition No. 9.

10         3.      Associating with Sadie Villars, a convicted felon, in violation of standard

11                 condition No. 9.

12         In a Supplemental Violation Report, dated March 22, 2011, U.S. Probation Officer

13  Jerrod Akins asserted the following violations by defendant of the conditions of her supervised

14  release:

15         4.      Failing to be truthful with the probation officer, in violation of standard

16                 condition No. 3.

17         5.      Consuming alcohol on February 14, 2011, in violation of the special condition

18                 that she refrain from the use of alcohol.

19         On April 1, 2011, defendant made her initial appearance.  The defendant was advised

20  of the allegations and advised of her rights.  On April 8, 2011, this matter came before the

21  Court for an evidentiary hearing.  Defendant admitted to violations 2 and 3.  Alleged violations

22  1, 4 and 5 were dismissed without prejudice by the government.

23         I therefore recommend that the Court find the defendant to have violated the terms and

24  conditions of her supervised release as alleged in violations 2 and 3, and that the Court conduct

25  a hearing limited to disposition.  A disposition hearing on these violations has been set before

26  the Honorable Marsha J. Pechman on April 18, 2011 at 4:00 p.m.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2

1   //

2   //

3        Pending a final determination by the Court, the defendant has been detained.

4        DATED this 8th day of April, 2011.

5

6        _James P. Donohue_
        _____
7        JAMES P. DONOHUE
        United States Magistrate Judge

8

9

10   cc:   District Judge:        Honorable Marsha J. Pechman
           AUSA:                 Sarah Kate Vaughn
11          Defendant's attorney:  Michael Filipovic
           Probation officer:     Jerrod Akins
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 3